IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WEBB, #137198, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-654-WKW |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On September 23, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's motion to certify case as a class action (Doc. # 5) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 15th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE